# **EXHIBIT 3**

**NOTICE OF A COLLECTIVE ACTION LAWSUIT**
**A Federal Court authorized this Notice. It is not a Solicitation from a Lawyer.**

---

Angelica Balderas, et al. v. Norplas Industries, Inc.
Case No. 3:24-cv-263, United States District Court for the Northern District of Ohio (the "Lawsuit")

**To:**   All current and former production/manufacturing workers who (1) were classified as hourly, non-exempt; (2) worked at any of Defendant's facilities from April 10, 2021 and continuing through [date of approval order]; (3) were paid for at least forty (40) hours in any workweek; and (4) either (a) had to clock in/out or (b) received one or more forms of non-discretionary additional remuneration, including, but not limited to a shift premium, bonus, or other incentive payment in addition to their base hourly wage ("Collective").

**Deadline to Join: [insert 60-day period]**

### I.   INTRODUCTION

This Notice is to inform you about a collective action lawsuit which you may join, to advise you of how your rights may be affected by this lawsuit, to inform you how to participate, and to explain your obligations if you choose to participate.

If you decide to join this lawsuit, you must submit the attached Consent to Join form by [insert 60-day period]. If you do not join this lawsuit, the time limit for you to bring wage claims against Defendant continues to run.

### II.   WHAT IS THIS CASE ABOUT?

The Plaintiff, Angelica Balderas, alleges that Norplas Industries, Inc. ("Defendant" or "Norplas") violated the Fair Labor Standards Act ("FLSA") and other wage laws. First, she alleges Norplas failed to compensate for pre- and post-shift work under a uniform "pay-to-shift" policy, where workers allegedly perform work activities off the clock, including attending meetings, retrieving tools, and shift relief procedures. Second, she claims Norplas failed to properly calculate the regular rate of pay for purposes of overtime, by excluding non-discretionary bonuses and premiums in violation of 29 U.S.C. § 207(e).

Since the lawsuit was filed, twenty additional manufacturing/production workers from two Norplas facilities have joined this lawsuit ("Opt-In Plaintiffs"). If you join the lawsuit, you will also be an "Opt-In Plaintiff" and may be eligible to pursue the recovery of unpaid overtime for one or more reasons explained above.

Defendant denies Plaintiff's allegations and asserts that it has properly compensated its employees under the law. Defendant denies the claims alleged in the lawsuit, has raised affirmative and other defenses, and denies that the employees at issue are entitled to any relief.

THE PARTIES ARE ACTIVELY LITIGATING THIS CASE, AND THE COURT HAS MADE NO FINDINGS AS TO THE MERITS OF THE CASE AT THIS TIME. The right to any recovery has not been established and is not guaranteed or certain.

### III. WHAT ARE MY OPTIONS?

You may join this lawsuit only if you meet the collective definition above. You are not required to join this lawsuit.

| Action You Can Take | Details |
|---|---|
| **Complete and Submit the Consent Form attached as the last page of this Notice.** | If you submit an opt-in form (included with this Notice) by [deadline], you become part of this case.<br><br>If you choose to join this lawsuit, you will be bound by any Court ruling, judgment or settlement, whether favorable or unfavorable. By joining, you give up any rights to sue Defendant separately for the same FLSA claims in this lawsuit, and you agree to allow the named Plaintiff and her attorneys to make decisions on your behalf regarding the litigation. If you join, you may be required to respond to written questions, produce documents, and/or provide testimony at deposition and/or trial. If you join, your continued right to participate in the lawsuit may depend upon later decisions by the Court concerning the appropriateness of a collective action and whether you are similarly situated to other participants and other matters. If you join the lawsuit and the Court finds in favor of Plaintiff, you may be entitled to a monetary recovery. However, if you join the lawsuit, and the court rules in favor of Defendant, you will be entitled no relief. You will not be required to pay any legal fees unless Plaintiff is successful in this action. Plaintiff's attorneys are being paid on a contingency fee basis, which means that, if there is a recovery, the attorneys will receive a percentage of any recovery obtained on your behalf or may seek to obtain a Court Order under which they may receive a fee through a separate payment by Defendant. |
| **Do nothing.** | If you do not wish to be a part of this lawsuit, you do not need to do anything. If you do nothing, you will remain out of the lawsuit and will not be bound by any judgment or resolution of the lawsuit with respect to the FLSA claims, whether favorable or unfavorable. You will keep your rights to sue Defendant separately for the federal claims in this lawsuit, and the applicable statute of limitations will continue to run. |

*Please know that it is illegal for an employer to retaliate against you for joining this Case and illegal for an employer to discourage you from joining the Case.

### IV. HOW DO I JOIN THIS CASE?

To join the Case, you must complete the enclosed Consent Form and return it by mail, fax, or email to the third-party administrator listed at the bottom of the Consent Form. The completed Consent Form must be faxed, emailed, or postmarked no later than **[Insert 60-Day Deadline]** in order for you to join. Please note though that you are not a member of this Case until you return the Consent Form and the Consent Form is filed with the Court.

### V. THE ATTORNEYS INVOLVED

If you return the Consent Form, you will be represented by the following attorneys:

| | |
|---|---|
| **BRYANT LEGAL, LLC**<br>Daniel I. Bryant<br>4400 N. High St., Suite 310 | **SCOTT & WINTERS LAW FIRM, LLC**<br>Joseph F. Scott (0029780)<br>Ryan A. Winters (0086917) |

Page **2** of **4**

| | |
|---|---|
| Columbus, Ohio 43214 | Kevin M. McDermott II (0090455) |
| Direct: (614) 704-0546 | P: (216) 912-2221   F: (440) 846-1625 |
| Fax: (614) 573-9826 | 11925 Pearl Rd., Suite 308 |
| Email: dbryant@bryantlegalllc.com | Strongsville, Ohio 44136 |
| *www.BryantLegalLLC.com* | jscott@ohiowagelawyers.com |
| | rwinters@ohiowagelawyers.com |
| | kmcdermott@ohiowagelawyers.com |

You are entitled to be represented by Plaintiff's attorneys or by an attorney of your own choosing.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

## **Email Notice**

COURT-APPROVED NOTICE OF UNPAID OVERTIME WAGES LAWSUIT:

If you are or were an hourly production/manufacturing worker for Norplas Industries, you are eligible to participate in a Lawsuit against Norplas Industries for unpaid wages. Additional information about this case and how your rights may be affected by joining the lawsuit is available on the Court-approved notice (**link**).

To participate, you must submit the Consent Form by (**Deadline**).

For questions, please contact the attorneys at Bryant Legal, LLC at (614) 704-0546) or [the third-party administrator at (###) ###-####].

## **Text Notice**
**(only if mail returned as undeliverable or Defendant does not produce email address)**

COURT-APPROVED NOTICE OF UNPAID OVERTIME WAGES LAWSUIT:

If you are or were an hourly production/manufacturing worker for Norplas Industries, you are eligible to participate in a Lawsuit against Norplas Industries for unpaid wages. Additional information about this case and how your rights may be affected by joining the lawsuit is available on the Court-approved notice (**link**).

To participate, you must submit the Consent Form by (**Deadline**).

For questions, please contact the attorneys at Bryant Legal, LLC at (614) 704-0546) or [the third-party administrator at (###) ###-####].