IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Angelica Balderas, *on behalf of herself and all others similarly situated* | Case No. 3:24 CV 263 |
| | O R D E R |
| Plaintiff, | JUDGE JACK ZOUHARY |
| -vs- | |
| Norplas Industries, Inc., | |
| Defendant. | |

On October 23, 2025, counsel filed a Joint Status Report and proposed Notice Form (Doc. 65). Counsel indicate several disputes. This Court now resolves the Notice and Consent forms (Docs. 65-2 & 3) as follows:

1. Notice period: 75 days.

2. How to join: "To join the Case, you must complete the enclosed Consent Form and return it by mail, fax, or email to the third-party administrator listed at the bottom of the Consent Form."

3. Shift Premium language: "Defendant denies Plaintiff's allegations and asserts that it has properly compensated its employees under the law. The right to recovery is not guaranteed or certain."

Counsel shall finalize these forms and ECF-file for this Court's final approval.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 31, 2025