THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANGELICA BALDERAS, *on behalf of herself and all others similarly situated,* ) ) ) | Case No. 3:24-cv-263 |
| ) | Judge Jack Zouhary |
| Named Plaintiff, ) | |
| v. ) | |
| ) | ORDER RE: COLLECTIVE |
| NORPLAS INDUSTRIES, INC., ) | NOTICE AND PROCESS FOR |
| ) | DISSEMINATION |
| Defendant. ) | |
| ) | |

Named Plaintiff Angelica Balderas ("Named Plaintiff"), on behalf of herself and those similarly situated, and Norplas Industries, Inc. ("Norplas" or "Defendant") (collectively the "Parties") requested that the Court approve the proposed Notice, Consent to Join Form, and Process to Disseminate Notice to the FLSA Putative Class Members. (ECF No. 69). The Parties' Motion is **GRANTED**. The Parties' proposed Notice and Consent to Join Form (the "Notice Packet") and process to disseminate Notice as outlined in their agreement is **APPROVED**. The Parties shall proceed with the dissemination of notice to the FLSA putative class members as agreed to in the Joint Motion. (ECF No. 69).

Given the Parties' agreement, within **fourteen (14) days** of this Court's entry of this order, Defendant shall provide to Named Plaintiff's Counsel a list (in Microsoft Office Excel format) containing the names, position(s) held, location(s) worked, employee identification numbers, last known address(es) (including zip code), personal email address(es) and personal mobile phone numbers (to the extent Defendant has such information) of the Potential Opt-Ins. This Court **ORDERS** Named Plaintiff's Counsel to send the Notice Packet via mail and email (and, if either

method fail, then by text message), to the Potential Opt-Ins within **fourteen (14) days** of receiving the contact list from Defendant.

The potential collective action opt-in members will have **seventy-five (75) days** from the date the Notice Packet is sent to return their Consent to Join form and opt-in to the case. **Counsel shall advise this Court of an exact date a Joint Status Report will be submitted.**

IT IS SO ORDERED.

*s/ Jack Zouhary*
JACK ZOUHARY
UNITED STATES DISTRICT COURT JUDGE